AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

*Filed 10/02/18
Clerk, U. S. District Court
Western District of Texas
By ____ Deputy*

United States of America )
v. )
)  Case No.  SA18-MJ-1245
Juvenal Moreno )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 30, 2018  in the county of  Bexar  in the
Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21/841(a)(1), 841(b)(1)(A) | Possession with Intent to Distribute 500 grams or more of  a mixture or substance containing a detectable amount of Methamphetamine.<br><br>Penalties:<br>10-life imprisonment<br>10,000,000 fine<br>At least 5 years of supervised release |

This criminal complaint is based on these facts:

See Attached Affidavit

■ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan Smith, TFO, DEA
*Printed name and title*

☑ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date:  October 2, 2018

_____
*Judge's signature*

City and state:   San Antonio, TX

Richard B. Farrer, US Magistrate Judge
*Printed name and title*

AFFIANT BIO

Affiant is a Texas Peace Officer and has been employed with the Bexar County Sheriffs Office for over 15 years. Affiant is currently assigned to the Bexar County Sheriff's Office Narcotics Section and is also assigned as a Task Force Officer with the Drug Enforcement Administration (DEA) San Antonio District Office. Affiant has participated in State and federal search/arrest warrants and narcotics related cases, and has made numerous arrests for narcotics violations, which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit, through personal investigation and/or through discussions with other law enforcement personnel.

DETAILS

On September 30, 2018, a DEA Confidential Source, herein will be referred to as CS, conducted recorded phone calls to Juvenal MORENO about an upcoming drug transaction. MORENO, was utilizing cellular phone numbers 210-XXX-XX99 and 210-XXX-XX63. On this same date, the CS went to MORENO's residence located in San Antonio, Texas. During the meeting between the CS and MORENO, MORENO agreed to middleman a drug transaction between the CS and MORENO's crystal methamphetamine source of supply (SOS) the following date. While at MORENO's residence, MORENO showed the CS a sample of the crystal methamphetamine. The CS left the residence and notified TFO Bryan Smith. On October 1, 2018, TFO David Camacho applied and received a state search warrant for MORENO's residence located in San Antonio, Texas. The CS continued to have recorded phone calls with MORENO about the upcoming drug transaction for five (5) to ten (10) kilograms of crystal methamphetamine. MORENO advised the CS that the drug transaction would occur at MORENO's residence. At approximately 7:13PM, MORENO called the CS and stated for the CS to come to MORENO's residence. TFO Smith and SA David Galvan searched the CS and the CS's vehicle at an undisclosed location. After yielding negative results, the CS was equipped with video/audio recording equipment to record the meeting with MORENO. The CS was followed to MORENO's residence. Once there, the CS went inside the residence and met with MORENO and a Hispanic male only known as "Lalo". A short time later, the CS was observed leaving the residence who then called TFO Smith to advise the narcotics were at the residence. The CS again met with TFO Smith and SA Galvan at an undisclosed location. The CS relinquished custody of the recording equipment and was searched again for contraband. After yielding negative results, the CS provided additional details about the residence and was released. The entry team consisting of members of DEA Task Force D54 along with the Bexar County Sheriff Office (BCSO) and the Texas Department of Public Safety (DPS) executed the state search warrant. DPS observed MORENO and "Lalo" run out the back of the residence. MORENO was taken into custody at a location directly behind MORENO's residence. During a search for "Lalo", SA Brian Schroeder located a shopping bag that contained five (5) bundles each containing crystal methamphetamine hidden underneath a mattress in the backyard of the residence behind MORENO's residence. After the narcotics were recovered, TFO Smith read MORENO his Miranda Rights as witnessed by SA Galvan. MORENO agreed to cooperate with law enforcement. MORENO admitted that he was middle manning a five (5) kilogram

drug transaction between the CS and "Lalo". MORENO stated he was going to be paid $500.00 USC for middle manning the drug transaction. MORENO stated that when the CS left MORENO's residence, MORENO and "Lalo" stayed in the front yard of MORENO's residence. MORENO stated that he and "Lalo" observed law enforcement approaching the residence. MORENO stated that MORENO and "Lalo" ran into MORENO's residence. MORENO stated that "Lalo" ran out the back door leading to the backyard of the residence. MORENO stated he grabbed the shopping bag that contained the five (5) kilograms of crystal methamphetamine and ran out the same back door. MORENO stated that he did not want the narcotics inside his residence where his family was. MORENO stated that he and "Lalo" jumped the fence from his backyard into the backyard of the residence behind his. MORENO stated he threw the shopping bag containing the five (5) kilograms of crystal methamphetamine to "Lalo" who was in the backyard of the residence behind MORENO's. MORENO continued to run from law enforcement out the front gate of that residence where BCSO Deputy Jarrod Tubbs and his canine partner apprehended MORENO without incident. After an ensuing search for "Lalo" case agents canceled the search. A search MORENO's residence yielded the recovery of plastic packaging which was identical to the packaging of the five (5) kilograms of crystal methamphetamine. There was no other contraband taken from the residence. A copy of the search warrant was left at the residence. MORENO was transported to the GEO Federal Holding Facility pending his initial appearance. The total approximate gross weight of the narcotics was five (5) kilograms. The crystal methamphetamine is pending a formal analysis at the South Central Laboratory.

Bryan Smith
TFO, Drug Enforcement Administration


Sworn to before me on October ___2___, 2018, and finding probable cause.

Honorable Judge Richard B. Farrer
United States Magistrate
Western District of Texas